Richmond VA Medical Center
Index of Withholdings

17-04031-F FOIA#

| Document # | Document Type | Request item # | Bates Pages | # Pages | Exemption/Reason for Withholding | Description of Withheld Information | Statement of Harm |
|---|---|---|---|---|---|---|---|
| | USDA record of disposition of dogs and cats | 1 | 001 | 1 | B6 | personal information of seller or donor including name and address, dealer's license number, name and address of company or firm, name and address of truck driver, ORD number and customer PO number | inability to adequately protect these individuals from potential attack, harassment or threatening behavior. Expectation to work in a safe environment. |
| | USDA record of disposition of dogs and cats | 1 | 001 | 1 | B7F | address of McGuire Research Facility | proactive steps to maintain security |
| | USDA record of disposition of dogs and cats | 1 | 002 | 1 | B6 | personal information of seller or donor including name and address, dealer's license number, name and address of company or firm, name and address of truck driver, name, ORD number and customer PO number | inability to adequately protect these individuals from potential attack, harassment or threatening behavior. Expectation to work in a safe environment. |
| | USDA record of disposition of dogs and cats | 1 | 002 | 1 | B7F | address of McGuire Research Facility | proactive steps to maintain security |
| | USDA record of disposition of dogs and cats | 1 | 003 | 1 | B6 | personal information of seller or donor including name and address, dealer's license number, name and address of company or firm, name and address of truck driver, name, signature and title of individual who received the shipment, ORD number and customer PO number | inability to adequately protect these individuals from potential attack, harassment or threatening behavior. Expectation to work in a safe environment. |
| | USDA record of disposition of dogs and cats | 1 | 003 | 1 | B7F | address of McGuire Research Facility | proactive steps to maintain security |

Richmond VA Medical Center
Index of Withholdings

17-04031-F FOIA#

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Record of sale of dogs | 1 | 004 | 1 | B6 | personal information of seller or donor including name and address, dealer's license number, name and address of company or firm, name and address of truck driver, name, ORD number and customer | inability to adequately protect these individuals from potential attack, harassment or threatening behavior. Expectation to work in a safe environment. |
| | Record of sale of dogs | 1 | 004 | 1 | B7F | address of McGuire Research Facility | proactive steps to maintain security |
| | Record of sale of dogs | 1 | 005 | 1 | B6 | personal information of seller or donor including name and address, dealer's license number, ORD #, customer PO # | inability to adequately protect these individuals from potential attack, harassment or threatening behavior. Expectation to work in a safe environment. |
| | Record of sale of dogs | 1 | 005 | 1 | B7F | address of McGuire Research Facility | proactive steps to maintain security |
| | ACORP #02002 | 3 | 006-080 | 75 | B6 | full name of the principal investigator, protocol title, funding source, the name of the company providing the device, publication reference that includes the Principal Investigators name, name of the company providing a programmer, names of all research personnel involved with the study, details pertaining to the experience of research personnel, name of vendor, name of veterinarian, name of insititutional affiliation of veterinatian, phone number of the veterinarian, date of consultation, name of PI's staff and contact information | inability to adequately protect these individuals from potential attack, harassment or threatening behavior. Expectation to work in a safe environment. |
| | ACORP #02002 | 3 | 006-080 | 75 | B7F | building location, room number and vendor of materials | proactive steps to maintain security |

Richmond VA Medical Center
Index of Withholdings

17-04031-F FOIA#

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ACORP #02232 | 3 | 081-144 | 64 | B6 | the full name of the principal investigator, protocol title, funding source, the name of the companies providing the devices, names of all research personnel involved with the study, details pertaining to the experience of research personnel and dates in which they have been involved in animal research, name of vendor, name of veterinarian, name of institutional affiliation of veterinarian, phone number of the veterinarian, date of consultation, name of PI's staff and contact information | inability to adequately protect these individuals from potential attack, harassment or threatening behavior. Expectation to work in a safe environment. |
| | ACORP #02232 | 3 | 081-144 | 64 | B7F | building location, room number and vendor of materials | proactive steps to maintain security |
| | ACORP #02243 | 3 | 145-202 | 86 | B6 | the full name of the principal investigator, protocol title, the name of the companies providing the devices, names of all research personnel involved with the study, details pertaining to the experience of research personnel and dates in which they have been involved in animal research, name of vendor, name of veterinarian, name of institutional affiliation of the veterinarian, phone number of the veterinarian, date of consultation, name of PI's staff and contact information, vendor names | inability to adequately protect these individuals from potential attack, harassment or threatening behavior. Expectation to work in a safe environment. |
| | ACORP #02243 | 3 | 145-202 | 86 | B7F | building location, room number and vendor of materials | proactive steps to maintain security |

Richmond VA Medical Center
Index of Withholdings

17-04031-F FOIA#

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ACORP #02235 | 3 | 203-288 | 56 | B6 | the full name of the principal investigator, protocol title, funding source, the name of the company providing the device, publication reference that includes a member of the research team's name, names of all research personnel involved with the study, details pertaining to the experience of research personnel and dates in which they have been involved in animal research, name of vendor, name of veterinarian, name of institutional affiliation of the veterinarian, phone number of the veterinarian, date of consultation, name of PI's staff and phone and email address, vendor information related to procurement of drugs | inability to adequately protect these individuals from potential attack, harassment or threatening behavior. Expectation to work in a safe environment. |
| | ACORP #02235 | 3 | 203-288 | 56 | B7F | building location, room number and vendor of materials | proactive steps to maintain security |
| | ACORP #02235 | 3 | 203-288 | 56 | B3 | patented information and information contained in the CRADA protected by 15 U.S.C. section 3710a | 35 U.S.C. § 205 which protects the Confidentiality of Patents and 15 U.S.C. § 3710a the Federal Technology Transfer Act ("FTTA"). ACORP # 02235 contains information that is confidential and privledged as well as information that is patented.  There is a cooperative research and development agreement ("CRADA") in place for this protocol. |

Richmond VA Medical Center

Index of Withholdings

17-04031-F FOIA#